IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 5:19-cr-34-KDB-DSC |
| v. | ) | |
| | ) | |
| **(1)** OLUDAYO KOLAWOLE JOHN | ) | **ORDER** |
| ADEAGBO | ) | |
| a/k/a John Edwards | ) | **Under Seal** |
| a/k/a John Dayo | ) | |
| **(2)** DONALD IKENNA ECHEAZU | ) | |
| a/k/a Donald Smith | ) | |
| a/k/a Donald Dodient | ) | |
| _____ | ) | |

## ORDER

For the reasons stated in the Government's Motion, the Motion will be granted and the

Bill of Indictment and Arrest Warrants in this matter and the information contained therein shall

be unsealed for the limited purpose of assisting domestic and foreign law enforcement,

prosecutors, and judicial authorities with and in connection to the performance of their official

duties, specifically the arrest and extradition of the Defendants.

**SO ORDERED**.

Signed: July 15, 2019

_____

David S. Cayer
United States Magistrate Judge