UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19CR00034-KDB-DSC-1

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER

OLUDAYO KOLAWOLE JOHN ADEAGBO

    Defendant,

This **MATTER** is before the Court on its own Motion to administratively close the case as to **OLUDAYO KOLAWOLE JOHN ADEAGBO**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 20.2020

Kenneth D. Bell
United States District Judge